IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL TODD                                                                                           PLAINTIFF

V.                                             Civil No. 4:13-cv-4058

JOHNNY GODBOLT;
and SERGEANT STAGGS                                                                        DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed July 23, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant has reviewed Plaintiff's Complaint (ECF No. 1) and recommends dismissing certain claims pursuant to 28 U.S.C. § 1915A, while retaining others. Specifically, Judge Bryant recommends dismissing Plaintiff's claim that challenge his confinement, but retaining his claims related to his medical grievances. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Plaintiff's claim related to his challenged confinement should be and hereby is **DISMISSED with prejudice**. His claims related to his medical grievances shall remain.

**IT IS SO ORDERED**, this 14th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge